UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FREEZE N' FIT, INC.,                                                 :
                                                                     :
                         Plaintiff,                                  :         20-CV-5898 (JMF)
                                                                     :
            -v-                                                      :         ORDER
                                                                     :
RAN CORY, et al.,                                                    :
                                                                     :
                         Defendants.                                 :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Due to Thanksgiving, counsel should submit their proposed case management plan and joint letter **by Wednesday, November 25, 2020**.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: November 16, 2020                      _____
      New York, New York                           JESSE M. FURMAN
                                               United States District Judge