UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FREEZE N'FIT, INC. et al,                                               :
                                                                        :
       Plaintiffs/Counterclaim Defendants,               :
                                                                        :    20-CV-5898 (JMF)
       -v-                                                      :
                                                                        :    ORDER
RAN CORY et al.,                                                        :
                                                                        :
       Defendants/Counterclaim Plaintiffs.              :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' Answer, which asserts several counterclaims, filed on December 14, 2020, ECF No. 18, the initial pretrial conference currently scheduled for December 22, 2020 is ADJOURNED to **January 14, 2021** at **4:15 p.m.**

       SO ORDERED.

Dated: December 15, 2020
       New York, New York                            JESSE M. FURMAN
                                                United States District Judge