UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FREEZE N' FIT, INC., et al.,                                           :
:
       Plaintiffs-Counterclaim Defendants,      :      20-CV-5898 (JMF)
:
       -v-                                            :      ORDER
:
RAN CORY et al.,                                                       :
:
       Defendants-Counterclaim Plaintiffs.      :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Subject to the caveat set forth below, counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  In addition to the information required by the Court's Order, the parties should also indicate in their letter whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       In light of Defendants' Answer and Counterclaims naming additional Counterclaim Defendants, in their pre-conference submissions, the parties should also provide their views in the joint letter on whether the initial pretrial conference should be adjourned until after all parties have appeared and all pleadings have been filed.  If the parties believe that adjournment is appropriate, they may file a letter-motion to adjourn in lieu of their pre-conference letter.

       SO ORDERED.

Dated: January 4, 2021
       New York, New York                         _____
                                                           JESSE M. FURMAN
                                                   United States District Judge